**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE,<br>*on behalf of himself and others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>TELEFLORA LLC,<br><br>Defendant. | Civil Action No.: 1 :25-cv-00807 MSN-WEF |

**DEFENDANT TELEFLORA LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Teleflora LLC ("Teleflora"), by its counsel of record, hereby files its Disclosure Statement and states as follows:

Teleflora is 100% owned by Teleflora Holdings LLC, which is 100% owned by The Wonderful Company LLC. The Wonderful Company LLC is owned by the Stewart and Lynda Resnick Revocable Trust dated as of December 27, 1988, as amended, and Wonderful Legacy Inc. No publicly held entity (corporate or otherwise) owns 10% or more of the stock of Teleflora. No parent, subsidiary, or affiliate entities of Teleflora (corporate or otherwise) have issued stock or debt securities to the public.

DATED: June 4, 2025

Respectfully submitted:

*s/ Connor Kelley*

Connor J. Kelley (VA Bar No. 93596)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Telephone: (202) 662-6000
Facsimile: (202) 778-5606
Email: ckelley@cov.com

Kristina Diaz (*Pro Hac Vice Pending*)
J. P. Pecht (*Pro Hac Vice Pending*)
Lauren Fishelman (*Pro Hac Vice Pending*)
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone: (310) 966-8400
Facsimile: (310) 966-8810
kristina.diaz@roll.com
jp.pecht@roll.com
lauren.fishelman@roll.com

Attorneys for Defendant TELEFLORA LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: /s/ *Connor Kelley*

Connor Kelley (VA Bar No. 93596)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-5628
Fax: (202) 778-5628
ckelley@cov.com

Attorneys for Defendant TELEFLORA LLC