UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated,*  <br><br>        Plaintiff,<br><br>vs.<br><br>TELEFLORA LLC,<br><br>        Defendant. | Civil Action No.: 1:25-cv-00807-MSN-WEF |

**DEFENDANT TELEFLORA LLC'S MOTION TO DISMISS COUNT I OF
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Teleflora LLC ("Teleflora") respectfully requests that this Court dismiss Count I of Plaintiff Andrew James McGonigle's ("Plaintiff") Second Amended Complaint ("SAC") (ECF Dkt. 38) with prejudice.

As explained further in the accompanying memorandum, Count I of the SAC for alleged violation of the Telephone Consumer Protection Act (the "TCPA") fails to state a claim upon which relief can be granted because (1) section 227(c) of the TCPA does not apply to text messages, (2), even if it did, the private right of action afforded by section 227(c)(5), pursuant to which Plaintiff brings suit, is limited to "telephone call[s]," which cannot include "text messages"; (3) section 227(c) does not apply to cellular telephones; and (4) even if cellular phones were considered "residential" for purposes of the TCPA, Plaintiff still has not alleged and cannot sufficiently allege that his cell-phone number, which appears to be used significantly for class action litigation, is a residential phone number.

On February 5, 2026, prior to the filing of this Motion, counsel for Teleflora met and conferred with counsel for Plaintiff in an attempt to informally resolve the issues presented in this Motion. The parties were unable to reach an agreement about those issues, necessitating the Motion's filing.

DATED: February 6, 2026

Respectfully submitted,

 /s/ *Connor Kelley*
Kristina M. Diaz (*Pro Hac Vice*)
J. P. Pecht (*Pro Hac Vice*)
Lauren Fishelman (*Pro Hac Vice*)
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone: (310) 966-8400
Facsimile: (310) 966-8810
kristina.diaz@roll.com
jp.pecht@roll.com
lauren.fishelman@roll.com

Connor Kelley (VA Bar No. 93596)
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5628
ckelley@cov.com

Attorneys for TELEFLORA LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: _/s/ Connor Kelley_
Connor Kelley