# EXHIBIT A

*McGonigle v. ShoppersChoice.com, L.L.C.*, No. 1:24-cv-01187-AJT-LRV

(E.D. Va. Feb. 19, 2025), Dkt. 23

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:24-cv-01887 (AJT/LRV) |
| SHOPPERSCHOICE.COM, L.L.C., *d/b/a* BBQGUYS.COM, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Motion to Dismiss or Transfer, [Doc. No. 13] (the "Motion"), the memoranda in support thereof, [Doc. Nos. 14, 18], and in opposition thereto, [Doc. No. 16]. On February 19, 2025, the Court heard oral argument on the Motion. Upon consideration of the filings, the record in this case, and oral argument, the Court concludes that it is in the interests of justice to transfer the case to the Middle District of Louisiana pursuant to 28 U.S.C. §1404(a). Accordingly, for the reasons stated from the bench, it is hereby

**ORDERED** that the Motion be, and the same hereby is, **GRANTED** and this matter is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana; and it is further

**ORDERED** the Defendant's Motion for Leave to File Supplemental Briefing, [Doc. No. 21], is **DENIED** as moot.

The Clerk is directed to forward copies of this Order to all counsel of record and to transfer this action to the Middle District of Louisiana.

February 19, 2025
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge