UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated,*<br><br>    Plaintiff,<br><br>vs.<br><br>TELEFLORA LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-00807 MSN-WEF |

**<u>DECLARATION OF J. P. PECHT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER VENUE</u>**

  I, J. P. Pecht, declare as follows:

  1. I am Assistant General Counsel at Roll Law Group PC and counsel for Defendant Teleflora LLC ("Teleflora"). I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would competently testify thereto. I submit this declaration in support of Teleflora's Opposition to Plaintiff Andrew James McGonigle's ("Plaintiff") Motion to Transfer Venue ("Motion").

  2. On February 10, 2026, I received email correspondence from Plaintiff's counsel providing notice of Plaintiff's intent to file a motion to transfer venue to the Central District of California "[i]n light of the 9th Circuit's recent decision on text messaging as a call under the TCPA." Attached hereto as Exhibit A is a true and correct copy of Teleflora's correspondence with Plaintiff's counsel in connection with Plaintiff's Motion.

  3. Once discovery has begun, Teleflora intends to depose Plaintiff and his contacts to obtain relevant information regarding Plaintiff's usage of his cell phone, including Carrie

McCray, a girlfriend of Plaintiff and Tyler Viars, a roommate. Such information will be relevant to whether Plaintiff's usage of his cell phone falls within the ambit of the TCPA and VTPPA statutory provisions he asserts in this action. On information and belief, these non-party witnesses (among other of Plaintiff's contacts) are likely to reside in Virginia.

4. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's response to the motion to transfer venue, filed on January 2, 2025 by the defendant in *McGonigle v. Shopperschoice.com, L.L.C.*, No. 25-152-SDD-RLB (M.D. La. Feb. 13, 2026).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Los Angeles, California on March 5, 2026.

*/s/ J.P. Pecht*
J. P. Pecht