# EXHIBIT A

| | |
|---|---|
| **From:** | Pecht, JP |
| **Sent:** | Wednesday, February 11, 2026 10:07 AM |
| **To:** | 'Anthony Paronich'; Avi Kaufman |
| **Cc:** | Connor Kelley; Fishelman, Lauren; Wallace, Tatiana |
| **Subject:** | RE: McGonigle v. Teleflora LLC |

Thanks Anthony –

We will oppose the motion to transfer but are fine scheduling the hearing the same day as the MTD.

------------------------------------------------
J. P. Pecht
Assistant General Counsel
Roll Law Group P.C.
11444 West Olympic Boulevard, 7th Floor
Los Angeles, CA 90064-1557
Phone: 310-966-8774
Cell:  (424) 672-5045

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, February 10, 2026 1:58 PM
**To:** Pecht, JP <JP.Pecht@roll.com>
**Cc:** Avi Kaufman <kaufman@kaufmanpa.com>; Connor Kelley <ckelley@cov.com>; Fishelman, Lauren <Lauren.Fishelman@roll.com>; Wallace, Tatiana <Tatiana.Wallace@roll.com>
**Subject:** Re: McGonigle v. Teleflora LLC

JP:

In light of the 9th Circuit's recent decision on text messaging as a call under the TCPA, we intend to file a motion to transfer venue to the Central District of California.

Unless your client consents to the motion, we intend to notice the hearing for the same day as the motion to dismiss.


Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Feb 2, 2026 at 1:33 PM Pecht, JP <JP.Pecht@roll.com> wrote:

> That should be fine, we'll send an invite.  Thanks.
>
> -------------------------------------------------
>
> J. P. Pecht
>
> Assistant General Counsel
>
> Roll Law Group P.C.
>
> 11444 West Olympic Boulevard, 7th Floor
>
> Los Angeles, CA 90064-1557
>
> Phone: 310-966-8774
>
> Cell:  (424) 672-5045
>
> **From:** Anthony Paronich <anthony@paronichlaw.com>
> **Sent:** Monday, February 2, 2026 10:32 AM
> **To:** Pecht, JP <JP.Pecht@roll.com>; Avi Kaufman <kaufman@kaufmanpa.com>
> **Cc:** Connor Kelley <ckelley@cov.com>; Fishelman, Lauren <Lauren.Fishelman@roll.com>; Wallace, Tatiana <Tatiana.Wallace@roll.com>
> **Subject:** RE: McGonigle v. Teleflora LLC
>
> Could we do 10:30 AM pacific?
>
> **From:** Pecht, JP <JP.Pecht@Roll.com>
> **Sent:** Monday, February 2, 2026 1:16 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>; Avi Kaufman <kaufman@kaufmanpa.com>
> **Cc:** Connor Kelley <ckelley@cov.com>; Fishelman, Lauren <Lauren.Fishelman@roll.com>; Wallace, Tatiana <Tatiana.Wallace@roll.com>
> **Subject:** McGonigle v. Teleflora LLC

2

Anthony,

Do you have time for a quick meet and confer call on Thursday in connection with the motion to dismiss the SAC? I'm available at 11am pacific if that works for you.

------------------------------------------------

J. P. Pecht

Assistant General Counsel

Roll Law Group P.C.

11444 West Olympic Boulevard, 7th Floor

Los Angeles, CA 90064-1557

Phone: 310-966-8774

Cell:  (424) 672-5045

3