# MOTION HEARING

Date: 3/13/2026

Start: 9:34 A.M.
Finish: 10:01 A.M.

Judge: Michael S. Nachmanoff
Reporter: Diane Salters
Deputy Clerk: Lynnelle Creek

## CIVIL ACTION NUMBER: 1:25-cv-807

## McGonigle v. Teleflora LLC

_____

## APPEARANCE OF COUNSEL

**PLAINTIFF**
Anthony Paronich
William Robinson

**DEFENDANT**
James Pecht
Tatiana Wallace
Connor Kelley

_____

## PROCEEDING

1. Motion to Dismiss by Defendant (dkt. 53) – DENIED.
2. Motion to Transfer Case by Plaintiff (dkt. 56)- DENIED.
   - Parties advised of settlement options.

_____

(   ) Report and Recommendation to Follow
( ✓ ) Order to Follow