**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

ANDREW JAMES MCGONIGLE,
*on behalf of himself and*
*others similarly situated,*

Plaintiff,

vs.

TELEFLORA LLC,

Defendant.

Civil Action No.: 1 :25-cv-00807 MSN-WEF

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Andrew McGonigle ("Plaintiff") and Defendant Teleflora LLC ("Defendant"), by and through their respective attorneys, jointly stipulate that this action be dismissed without prejudice as to all claims, causes of action, and parties.

Respectfully submitted,

DATED: July 27, 2026

*/s/ William Robinson*

William Robinson (VSB: 76098)
319 N. Piedmont St., #1
Arlington, VA 22203
Ph. 703-789-4800
wprlegal@gmail.com

Anthony I. Paronich (*Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Avi Robert Kaufman (*Pro Hac Vice*)
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
(305) 409-5881
kaufman@kaufmanpa.com

Attorneys for Plaintiff ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated

DATED: July 27, 2026

*/s/ Connor Kelley*

Kristina M. Diaz *(Pro Hac Vice)*
J. P. Pecht *(Pro Hac Vice)*
Lauren Fishelman *(Pro Hac Vice)*
Tatiana Wallace *(Pro Hac Vice)*
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone: (310) 966-8400
Facsimile: (310) 966-8810
jp.pecht@roll.com
lauren.fishelman@roll.com
tatiana.wallace@roll.com

Connor Kelley (VA Bar No. 93596)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606
ckelley@cov.com

Attorneys for TELEFLORA LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: __________________
William Robinson